UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KORY LOVRE,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | CASE NO. 2:26-cv-00714-JNW<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

The Court GRANTS Plaintiff's in forma pauperis application, Dkt. No. 1, and ORDERS:

- The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

**ORDER** GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

- Defendant shall file a certified copy of the Administrative Record and any affirmative defenses by May 4, 2026.

Dated this 4th day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2